IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STAN MASON, ET AL : CIVIL ACTION
:
VS. : NO. 02-3215
:

TWIN CITY FIRE INSURANCE CO.

## ORDER

AND NOW, this 23rd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable John R. Padova.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court