IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN AND DEBRA MASON | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| TWIN CITY FIRE INSURANCE CO. | : | NO. 02-3215 |

O R D E R

_____AND NOW, this 3rd day of October, 2002, IT IS HEREBY ORDERED that this matter be referred to Magistrate Judge Charles B. Smith for a settlement conference to be held in November, 2002.

BY THE COURT:

_____
JOHN R. PADOVA,          J.