IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN MASON AND DEBRA MASON | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| TWIN CITY FIRE INS. CO. | : | NO. 02-3215 |

ORDER

_____AND NOW, this 14th day of November, 2002, IT IS HEREBY ORDERED that:

1. This matter shall be placed in the trial pool as of March 1, 2002;

2. All other deadlines contained in the Court's July 16, 2002 Scheduling Order shall be extended by thirty (30) days.

BY THE COURT:

_____
JOHN R. PADOVA,          J.