```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STAN AND DEBRA MASON              :
                                  :    CIVIL ACTION
        v.                        :
                                  :    No. 02-3215
TWIN CITY FIRE INSURANCE CO.      :
```

**ORDER**

     **AND NOW**, this 18th day of December, 2002, **IT IS HEREBY ORDERED** that:

    1.   TRIAL in the above captioned case shall commence on March 10, 2003, in Courtroom 6-A, at 10:00 a.m.

    2.   A Final Pretrial Conference is scheduled for February 26, 2003, at 10:30 a.m.

                                              BY THE COURT:

                                              _____
                                              John R. Padova, J.